## Dolores M. Kempski, Appellant, v. Leonard A. Kempski, Appellee.

### Gen. No. 44,226.

opinion filed February 4, 1948; released for publication February 20, 1948. McKinley & Price, for appellant; William McKinley and Paul E. Price, of counsel; no appearance for appellee. Opinion by JUSTICE BURKE. Not to be published in full.